

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-23-00264-CR |
| EX PARTE: | § | Appeal from the |
| OLIVIA JEONG, | § | County Court |
| Appellant. | § | of Hudspeth County, Texas |
| | § | (TC# CR-09654) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF JUNE 2024.

GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox and Soto, JJ.